**SO ORDERED.**
**SIGNED this 13th day of September, 2017**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

OIALEA CASSIDY SENTELL

Case No. 3:17-bk-32312-SHB
Chapter 13

Debtor

### O R D E R

This matter came for hearing on September 6, 2017, on the Order entered by the Court on August 22, 2017, directing Debtor to appear and show cause why this case should not be dismissed for failure to comply with 11 U.S.C. § 521(a)(1); Rule 1007(b) and (c) of the Federal Rules of Bankruptcy Procedure; E.D. Tenn. LBR 9036-1(b)(1); and the Notice of Additional Documents to be Filed dated July 27, 2017, for her failure to file the Statement Regarding Payment Advices; Statements A/B through J; Summary of Assets and Liabilities and Certain Statistical Information; Declaration About Schedules; Statement of Financial Affairs; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1); Chapter 13 Plan; and/or Debtor Electronic Noticing Election (DeBN). Debtor's counsel was present, but Debtor did not appear at the hearing.

As stated on the record in open court, because Debtor failed to appear in compliance with the Court's August 22, 2017 Order and failed to file all required documents as required by 11 U.S.C. § 521(a)(1); Rule 1007(b) and (c) of the Federal Rules of Bankruptcy Procedure, E.D. Tenn. LBR 9036-1(b)(1); and further directed by the Notice of Additional Documents to be Filed dated July 27, 2017, the Court directs that this case is DISMISSED.

###